NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3115

ROBERT J. DI PAOLO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0752080041-I-1.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Robert J. Di Paolo moves to supplement the record to include an affidavit not before the Merit Systems Protection Board. The United States Postal Service opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to supplement the record is deferred for consideration by the merits panel that is assigned to hear the case. A copy of this order and the motions papers shall be transmitted to the merits panel assigned to hear this case.

JUN 11 2009

Date

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 11 2009

JAN HORBALY
CLERK

cc:    Robert J. Di Paolo
       Carrie A. Dunsmore, Esq.

s19